# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1252. STEVEN ONEAL CANADY v. THE STATE.**

In April 2014, Steven Oneal Canady pled guilty to three counts of theft by taking and was adjudicated as a first offender to serve ten years on probation. The State later petitioned to revoke Canady's probation, alleging that he had committed new crimes, failed to make restitution, and left Georgia without permission. On April 11, 2023, the trial court entered an order adjudicating Canady guilty of the 2014 charges and sentencing him to twenty years, to serve seven in confinement. On June 21, 2023, Canady filed a notice of appeal to this Court. We lack jurisdiction for two reasons.

First, because Canady seeks to appeal from an order revoking his first offender probation, he was required to file an application for discretionary appeal to obtain appellate review. See OCGA § 5-6-35 (a) (5); *Dean v. State*, 177 Ga. App. 123, 124-125 (1) (338 SE2d 711) (1985) (holding that there is no right of direct appeal from an order revoking first offender probation; a discretionary application must be filed). Canady's failure to file a discretionary application deprives us of jurisdiction to consider this appeal. See *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997).

Second, even if Canady had a right of direct appeal here, this appeal is untimely. A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5–6-38 (a). "The proper and timely filing of the notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Veasley v. State*, 272 Ga. 837, 838 (537 SE2d 42) (2000) (citation, punctuation, and emphasis omitted). Because Canady's notice of appeal was filed 71 days after entry of the order he wishes

to appeal, it was untimely. For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __04/17/2024__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*